AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of New York

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| **v.** | ) | |
| | ) | Case No.   5:26-mj-158 (MJK) |
| | ) | |
| | ) | |
| **ANTONIO DOMINGUEZ-HERNANDEZ,** | ) | |
| | ) | |
| **Defendant** | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.  On or about the date of July 12, 2026 in the county of Lewis in the Northern District of New York the defendant violated:

| *Code Section* | *Offense Description* |
|---|---|
| 8 U.S.C. § 1326(a) | Re-entry of Removed Alien |

This criminal complaint is based on these facts:
See Attached Affidavit

☒ Continued on the attached sheet.

JOSHUA N TODD
Digitally signed by JOSHUA N TODD
Date: 2026.07.13 13:57:48 -04'00'

_____
*Complainant's signature*

Joshua N. Todd, Supervisory Border Patrol Agent

_____
*Printed name and title*

Attested to by the affiant in accordance with Rule 4.1 of the Federal Rules of Criminal Procedure.

Date:   July 13, 2026

_____
*Judge's signature*

City and State:   Syracuse, New York

Hon. Mitchell J. Katz, U.S. Magistrate Judge

_____
*Printed name and title*

**AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT**

I, Joshua N. Todd, being duly sworn, depose and state that:

1.    I am an Acting Supervisory Border Patrol Agent employed by the Department of Homeland Security ("DHS"), Customs and Border Protection, U.S. Border Patrol ("USBP"), and as such I am an "investigative or law enforcement officer" of the United States who is empowered by law to conduct investigations and to make arrests. I have been a Border Patrol Agent ("BPA") with USBP since 2010.  I am currently assigned to the Wellesley Island Station, Buffalo Sector, NY, where I investigate all federal administrative and criminal violations. As a Special Agent with the Department of the Army, Criminal Investigation Division ("DACID"), I participated in investigations of persons suspected of violating laws pertaining to United States Code Titles 18, 19, and 21; the Uniform Code of Military Justice ("UCMJ"); and applicable state statues. I have received training in digital evidence, crimes against persons, sexual assault, child assault, child sexual assault and death investigations. I have also investigated felony human and narcotics trafficking cases. I have gained pertinent knowledge as a Criminal Intelligence Analyst assigned to various task forces throughout Texas, Montana and New York State.  I have received training through the Criminal Investigation Training Program, DACID Special Agent Basic Training, USBP Academy, and the U.S. Customs Academy.

2.    The information contained in this affidavit is based on my personal knowledge obtained during the course of this investigation, information conveyed to me by other BPAs, and DHS and other law enforcement records. Because this affidavit is being submitted for the limited purpose of establishing probable cause for this complaint, I have not included each and every fact

known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause for this complaint.

3.      Based upon the facts set forth below, there is probable cause to believe that Antonio DOMINGUEZ-HERNANDEZ ("DOMINGUEZ-HERNANDEZ") has committed a violation of 8 U.S.C. § 1326(a) (re-entry of a removed alien).

4.      On July 12, 2026, at approximately 0740 hours, while conducting line watch duties on U.S. Route 11 near Philadelphia, NY, BPA Shane Simon was notified that New York State Police ("NYSP") Trooper Josh Rogers had conducted a traffic stop involving 10 individuals in a van, approximately 3 miles south of Gouverneur, New York, on U.S. Route 11. Trooper Rogers requested assistance.  Upon arrival, Trooper Rogers informed BPA Simon that he had stopped a white minivan bearing Pennsylvania registration MRJ3187 for a speeding violation. After Trooper Rogers made initial contact and then returned to his patrol vehicle, eight of the minivan's occupants exited the vehicle and fled eastbound. Two subjects remained at the scene, including one of the back seat passengers, later identified as DOMINGUEZ-HERNANDEZ.   DOMINGUEZ-HERANDEZ was detained while NYSP searched for the absconders.

5.      At the scene of the traffic stop, BPA Simon interviewed DOMINGUEZ-HERNANDEZ in Spanish regarding DOMINGUEZ-HERNANDEZ's citizenship, country of origin, and immigration status. DOMINGUEZ-HERNANDEZ stated he was a citizen and native of Mexico and did not possess any immigration documents authorizing his legal presence in the United States.  A review of DHS records confirmed that DOMINGUEZ-HERNANDEZ had been encountered by USBP on October 15, 2024, near Santa Teresa, New Mexico. He was ordered removed from the U.S. on October 15, 2024, pursuant to expedited removal procedure, and was in

fact removed from the U.S. on October 15, 2024 via the Paso Del Norte Port of Entry, El Paso, Texas.

6.    DOMINGUEZ-HERNANDEZ was transported to the Wellesley Island Border Patrol Station.   While there, DOMINGUEZ-HERNANDEZ was provided with his *Miranda* warnings during a recorded interview. DOMINGUEZ-HERNANDEZ waived his rights and agreed to speak with investigators. During the interview DOMINGUEZ-HERNANDEZ stated he was aware of his prior removal order and that he had been instructed not to return to the United States. DOMINGUEZ-HERNANDEZ admitted to crossing the international boundary into the United States after his removal and acknowledged he had no pending immigration claims or processes, nor had any immigration judge notified him of his ability to remain or enter the United States. He further stated he possessed no documents authorizing him to enter or remain in the United States.

7.    A comprehensive query of databases maintained by United States Citizenship and Immigration Services confirmed that DOMINGUEZ-HERNANDEZ has not applied for, nor obtained, permission from the Attorney General or the Secretary of the Department of Homeland Security to reenter the United States after his removal.

8.    Based on the foregoing, your affiant respectfully submits that there is probable cause to believe that Antonio DOMINGUEZ-HERNANDEZ has committed a violation of 8 U.S.C. § 1326(a) (re-entry of a removed alien).  I respectfully request the Court issue the proposed complaint pursuant to this violation of federal law.

ATTESTED TO BY THE APPLICANT IN ACCORDANCE WITH THE REQUIREMENTS OF RULE 4.1 OF THE FEDERAL RULES OF CRIMINAL PROCEDURE

**JOSHUA N TODD** Digitally signed by JOSHUA N TODD
Date: 2026.07.13 14:00:10 -04'00'

_____
Joshua N. Todd
Supervisory Border Patrol Agent

I, the Honorable Mitchell J. Katz, United States Magistrate Judge, hereby acknowledge that this affidavit was attested by the affiant by videoconference on July __13__, 2026, in accordance with Rule 4.1 of the Federal Rules of Criminal Procedure.

_____
Hon. Mitchell J. Katz
United States Magistrate Judge